**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-cv-62691

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

URSULA SHAW,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff's motion for default judgment. [DE-9.] Plaintiff has provided a Certificate of Indebtedness with copies of five promissory notes executed by Defendant Ursula Shaw, which show that she borrowed a total of $3,390 between 1988 and 1989 at a 5% annual interest rate, but only $709.09 of the principal has been cancelled or repaid. She now owes $2,680.81 in principal. [DE-1 at 4–9.] At 5% annually, this principal accrues interest at $.37 per day. As of January 13, 2015, she owed $2,732.46 in interest, causing her total debt to be $5,413.27. [DE-9.] As of February 2, 2015, she owes $2,739.80 in interest, causing her total debt to be $5,420.61.

A court may enter a default judgment against a properly served defendant who failed to timely file a responsive pleading. Fed. R. Civ. P. 55(b)(2). Defendant was served on December 22, 2014. [DE-5.] Plaintiff has submitted evidence that Defendant is not an infant, an incompetent, on active duty in the military, or otherwise exempted under 50 App. U.S.C. § 521, which protects servicemembers from default judgments. [DE-7.] On January 15, 2015, the Clerk of Court entered a default against Defendant and Plaintiff filed the instant motion for default judgment. [DE-8; DE-9.] To date, Defendant has neither responded to the motion nor sought to vacate the default.

By such a default, all of Plaintiff's well-pled allegations in the Complaint are deemed admitted. *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987). The

allegations in the Complaint, in conjunction with record evidence, support a finding that Defendant failed to pay a debt to Plaintiff in the amount of $5,420.61. Because this sum is capable of mathematical calculation, default judgment may be entered without a hearing. *Jenkins v. Clerk of Court, U.S. Dist. Court, S. Dist. of Fla.*, 150 Fed. Appx. 988, 989 (11th Cir. 2005).

For the reasons stated above, it is hereby

ORDERED that

1) Plaintiff's Motion for Default Judgment [DE-9] is GRANTED. Final judgment shall be entered by separate order.

2) Plaintiff may move for fees and costs under Local Rule 7.3.

3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 2nd day of February, 2015.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE